# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# DELTA DIVISION

**UNITED STATES OF AMERICA,**

**VS.**                                        **CRIMINAL ACTION NO. 2:07CR008-P-S**

**SHAFIQ NAJJAR,**                                                            **DEFENDANT.**

## ORDER RELEASING BOND

This matter comes before the court upon Defendant Shafiq Najjar's motion to release bond security and to release his passport [129]. After due consideration of the motion, the court finds that it should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

(1) Defendant Shafiq Najjar's motion to release bond security and to release his passport [129] is **GRANTED**; therefore,

(2) The Clerk's Office is directed to release the bond money paid on behalf of Defendant Shafiq Najjar by Samed Khdair of 4103 Louden Drive, Horn Lake, MS 38637 with the amount of interest required by law; and

(3) All of the pretrial conditions of release as set out in the January 24, 2007 Order Setting Conditions of Release and the Appearance Bond are hereby lifted; and

(4) The U.S. Probation Service is to return Shafiq Najjar's passport within thirty days.

**SO ORDERED** this the 19th day of September, A.D., 2008.

                                                              /s/ W. Allen Pepper, Jr.
                                                              W. ALLEN PEPPER, JR.
                                                              UNITED STATES DISTRICT JUDGE